# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO MINOR    :  NO. 385

JUDICIARY EDUCATION BOARD    :  MAGISTERIAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 12th day of June, 2015, Magisterial District Judge Henry J. Schireson, Montgomery County, is hereby appointed as a member of the Minor Judiciary Education Board for a term commencing July 1, 2015.